<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| STATE OF WISCONSIN, *et al.*, )<br>)<br>*Petitioners*, )<br>)<br>v. )<br>)<br>U.S. ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.*, )<br>)<br>*Respondents*. )<br>) | No. 16-1406 (and consolidated cases) |

**ERRATA TO PETITIONER CONSERVATION GROUPS
AND PETITIONER STATE OF DELAWARE'S PROOF BRIEFS**

Sierra Club, Appalachian Mountain Club, and the State of Delaware Department of Natural Resources & Environmental Control (collectively, "Conservation Groups and Delaware") hereby notify the Court that in addition to inserting citations to the Joint Appendix, and correcting formatting, typographical, and spacing errors, they have included the following corrections in their final briefs:

**<u>Opening Brief</u>**

<u>p. 3, corrected quotation:</u>
**Original:**   "with an adequate margin of safety."
**Corrected:**  with "an adequate margin of safety."

  p. 8 n.5, corrected citation and text:
**Original:** *See* 81 Fed. Reg. 90,207 (Dec. 14, 2016), JA\_\_\_\_ (reclassifying four marginal nonattainment areas as moderate).
**Corrected:** *See, e.g.*, 81 Fed. Reg. 90,207 (Dec. 14, 2016), JA1415 (reclassifying marginal nonattainment area as moderate).

  p. 16, corrected text:
**Original:** 2008 NAAQS
**Corrected:** 2008 ozone standard

  p. 17, corrected text:
**Original:** interpretation statutory requirements
**Corrected:** interpretation of statutory requirements

  pp. 21, 43 corrected text:
**Original:** approximately $8,300
**Corrected:** approximately $8,800

  p. 22, corrected citation:
**Original**: 81 Fed. Reg. at 75,507/3
**Corrected:** 81 Fed. Reg. at 74,507/3

  p. 32, corrected text:
**Original**: categories emissions reduction
**Corrected:** categories of emissions reduction

  p. 33, corrected text:
**Original:** or 35 percent higher
**Corrected:** or about 50 percent higher

  p. 34, corrected text:
**Original**: Sierra Club's comment
**Corrected:** Conservation Groups' Comment

  pp. 37, 38, 39, 40, corrected emphases:
Updated some italicized text to underlined text.

  p. 45, removed emphasis:
Original: *supra* at 29-30
Corrected: *supra* at 29-30

<u>p. 47 n.17, corrected text:</u>
**Original:**  subject to a pending challenge
**Corrected:**  subject of a pending challenge

As a result of all the changes, the certificate of compliance has been updated from 11,299 words (proof opening brief) to 11,298 words (final opening brief).

## Reply Brief

<u>p. 8 n.2, corrected text:</u>
**Original:**  holding that
**Corrected:**  stating that

<u>p. 15, corrected text:</u>
**Original:**  under the Cross-State Air Pollution Rule
**Corrected:**  under the prior transport rule

DATED:  April 9, 2018

Respectfully Submitted,

<u>/s/ Neil Gormley</u>
Neil Gormley
David Baron
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, DC 20036
(202) 667-4500
ngormley@earthjustice.org
dbaron@earthjustice.org

*Counsel for Sierra Club and Appalachian Mountain Club*

<u>/s/ Valerie S. Edge</u>
Valerie S. Edge
Deputy Attorney General
Delaware Department of Justice
102 West Water Street, 3rd Floor
Dover, DE 19904
(302) 739-4636
valerie.edge@state.de.us

*Counsel for State of Delaware Department of Natural Resources & Environmental Control*

3

<div style="display: flex;">

<div>

Charles McPhedran
Earthjustice
1617 JFK Boulevard, Suite 1130
Philadelphia, PA 19103
(215) 717-4521
cmcphedran@earthjustice.org

*Counsel for Sierra Club and Appalachian Mountain Club*

</div>

<div>

Joshua R. Stebbins
Zachary M. Fabish
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
(202) 675-7917
josh.stebbins@sierraclub.org
zachary.fabish@sierraclub.org

*Counsel for Sierra Club*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2018, I have served the foregoing Errata on all registered counsel through the Court's electronic filing system (ECF).

<p style="text-align:right">/s/ Neil Gormley<br>Neil Gormley</p>